PITTMAN, Judge.
AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(C), Ala. R.App. P.; Rule 28(a)(10), Ala. R.App. P.; Green Tree Acceptance, Inc. v. Blalock, 525 So.2d 1366, 1369 (Ala.1988); Suggs v. Suggs, 54 So.3d 921, 926 (Ala.Civ.App. *169 2010); Huggins v. Goldstein, 918 So.2d 934, 938 (Ala.Civ.App.2005); and P.Y.W. v. G.U.W., 858 So.2d 265, 267 (Ala.Civ.App.2003).
THOMPSON, P.J., and BRYAN and THOMAS, JJ., concur.
MOORE, J., concurs in part and dissents in part, with writing.